JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF CORONA, ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE DOW CHEMICAL COMPANY, ET AL.,<br><br>Defendants. | Case No.  5:20-cv-02562-MWF-SPx<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Court has reviewed the parties' Stipulation (Docket No. 49) requesting dismissal with prejudice of this matter.  For good cause shown, the Court ORDERS the Stipulation of Dismissal with Prejudice is GRANTED.

IT IS HEREBY ORDERED.

Dated:  September 26, 2022

MICHAEL W. FITZGERALD
United States District Judge